1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA K. STEINLICHT,<br><br>                              Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>                              Defendant. | Case No.: 21-cv-00939-H-BLM<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND**<br><br>[Doc. No. 3.] |

On May 17, 2021, Plaintiff Pamela K. Steinlicht ("Plaintiff") filed a complaint against Defendant Sun Life Assurance Company of Canada ("Defendant"). (Doc. No. 1.) Defendant's initial response to the complaint is currently due on or before June 8, 2021. (Doc. No. 3 at 1.) On May 26, 2021, the parties filed a joint motion asking the Court to

1

1  extend Defendant's time to respond to the complaint to July 8, 2021 so that Defendant may
2  further investigate Plaintiff's claims. (Id.)  For good cause shown, the Court grants the
3  joint motion.  Defendant's initial response is now due on or before **July 8, 2021**.

4      **IT IS SO ORDERED.**

5  DATED: May 27, 2021

6                                                    _____
7                                                    MARILYN L. HUFF, District Judge
                                                  UNITED STATES DISTRICT COURT